UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD KIPPS,** | : | |
| Appellant, | : | CIVIL ACTION NO. 22-0898 |
| v. | : | (JUDGE MANNION) |
| **MARGARET STINCAVAGE-KIPPS,** | : | |
| | : | |
| Appellee. | : | |
| | : | |

## ORDER

In accordance with the court's Memorandum issued this same day, **IT IS HEREBY ORDERED** that Appellant's Appeal, (Doc. 1), is **DENIED**, and the Bankruptcy Court's order denying reconsideration is **AFFIRMED**. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: June 26, 2023
22-0898-01-ORDER